## UNITED STATES DISTRICT COURT
### District of Minnesota

Aaron Dalton,                                       **JUDGMENT IN A CIVIL CASE**

                Plaintiff(s),

v.                                                  Case Number: 17-cv-1308 DWF/HB

Menlo Capital Partners, LLC,

                Defendant(s).

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

All claims in the above-captioned action are DISMISSED WITH PREJUDICE, and on the merits, without additional costs or attorney fees to any party.

Date: 5/26/2017                                     RICHARD D. SLETTEN, CLERK

                                                                      s/LP Holden
                                                      (By)   LP Holden, Deputy Clerk